**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**RAYMOND D. JONES,**

    **Plaintiff,**

    **vs.**                                     **CIVIL NO. 07-696 JP/LAM**

**MICHAEL J. ASTRUE, Commissioner**
 **of the Social Security Administration,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION *(Doc. 22)*

    Magistrate Judge Lourdes A. Martínez' Proposed Findings and Recommended Disposition (*Doc. 22*) filed on August 19, 2008, recommended granting Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (*Doc. 15*). No party has filed objections to the Proposed Findings and Recommended Disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the Proposed Findings and Recommended Disposition (*Doc. 22*); grant Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (*Doc. 15*); and remand this case to the Commissioner of Social Security.

    **IT IS ORDERED** that:

    (1)    The Proposed Findings and Recommended Disposition (*Doc. 22*) are **ADOPTED** by the Court;

    (2)    Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (*Doc. 15*) is **GRANTED;**

(3)   This case is **REMANDED** to the Commissioner for further proceedings consistent with the Proposed Findings and Recommended Disposition *(Doc. 15)*.

_____
**HONORABLE JAMES A. PARKER
SENIOR UNITED STATES DISTRICT JUDGE**