IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RAYMOND D. JONES,**

      **Plaintiff,**

      **vs.**                                                **CIVIL NO. 07-696 JP/LAM**

**MICHAEL J. ASTRUE, Commissioner**
**of the Social Security Administration,**

      **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION *(Doc. 22)*

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' Proposed Findings and Recommended Disposition (*Doc. 22*) filed on August 19, 2008, which recommended granting Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (*Doc. 15*). No party has filed objections to the Proposed Findings and Recommended Disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the Proposed Findings and Recommended Disposition (*Doc. 29*); grant Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (*Doc. 15*); and enter a judgment dismissing this case with prejudice.

**IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition (*Doc. 22*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (*Doc. 15*) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Commissioner for further proceedings consistent with the Proposed Findings and Recommended Disposition *(Doc. 15)* and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**HONORABLE JAMES A. PARKER**
**SENIOR UNITED STATES DISTRICT JUDGE**